IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

SCHEARON STEWART, JOHN FRANZ, and
ROGER SULLIVAN, individually and on behalf of
all others similarly situated persons,

          Plaintiffs,

    v.

2SGR VENTURES, LLC, et al.,

          Defendants.

_____

Case No. 3:25-cv-01310-AP

ORDER

MCSHANE, Judge:

Magistrate Judge Amy E. Potter filed a Findings and Recommendation (ECF No. 34) recommending the Motion to Remand to State Court filed by Plaintiffs Stewart, Franz, and Sullivan (ECF No. 7) be denied. The matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72. Plaintiffs filed objections (ECF No. 36), to which Defendants responded (ECF No. 37). The Court reviews *de novo.* 28 U.S.C. § 636(b)(1)(c); *United States v. Bernhardt*, 840 F.2d 1441, 1444–45 (9th Cir. 1998). The Court finds no error and concludes the report is correct.

Judge Potter's Findings and Recommendation (ECF No. 34) is adopted in full. Plaintiffs' Motion to Remand to State Court (ECF No. 7) is DENIED.

1 – ORDER

IT IS SO ORDERED.

DATED this 5th day of June 2026.

_s/Michael J. McShane_
Michael J. McShane
United States District Judge
